UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ZINA SHANNON | CIVIL ACTION |
| VERSUS | NO. 22-4362 |
| DESRIEE HORTON, *et al.* | SECTION M (2) |

## ORDER

After considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation ("R&R"),[1] and finding that, as of this date, plaintiff has filed no objections to the R&R, the Court hereby approves the R&R and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that Zina Shannon's claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction.

New Orleans, Louisiana, this 27th day of January, 2023.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 4.